1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHEAL TAYLOR,                    )   1:09cv0035 OWW DLB
                                   )
                                   )
                   Plaintiff,      )   ORDER GRANTING APPLICATION TO
                                   )   PROCEED IN FORMA PAUPERIS
    v.                             )
                                   )   (Document 2)
FRESNO COUNTY COURT HOUSE          )
et al.,                            )
                                   )
                                   )
                                   )
                   Defendants.     )
_____  )

17    Plaintiff Micheal Taylor ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed his

18  complaint on January 8, 2009, along with a motion to proceed in forma pauperis pursuant to 28

19  U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without

20  prepayment of fees and is therefore GRANTED.

21
22    IT IS SO ORDERED.

23  **Dated:   January 21, 2009**                    _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1